IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MONIQUE MCKNIGHT,** | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO.  24-3078 |
| | : | |
| **GEORGE W. HILL CORRECTIONAL** | : | |
| **FACILITY,** *et al.*, | : | |
|     Defendants. | : | |

### ORDER

**AND NOW**, this 8th day of October 2024, upon consideration of Monique McKnight's motion for leave to proceed *in forma pauperis* (DI 2), Prisoner Trust Fund Account Statement (DI 3), and *pro se* Complaint (DI 1), it is **ORDERED**:

    1.    Ms. McKnight's motion to leave to proceed *in forma pauperis* (DI 2) is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    Monique McKnight, #PE-7005, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the Superintendent of SCI Muncy or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Ms. McKnight's inmate account; or (b) the average monthly balance in Ms. McKnight's inmate account for the six-month period immediately preceding the filing of this case.  The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case.  In each succeeding month when the amount in Ms. McKnight's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the

preceding month's income credited to Ms. McKnight's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

      3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Muncy.

      4.      The Complaint is **DEEMED** filed.

      5.      Ms. McKnight's Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum, as follows:

          a.      Ms. McKnight's constitutional claims are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

          b.      Ms. McKnight's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction, with leave to amend her complaint within 30 days.

_____
**MURPHY, J.**