IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIQUE MCKNIGHT, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 24-3078 |
| | : | |
| GEORGE W. HILL | : | |
| CORRECTIONAL FACILITY, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of January 2025, upon consideration of Monique McKnight's motion to file amended complaint (DI 18), it is **ORDERED**:

1. Ms. McKnight's motion (DI 18) is **GRANTED**. The Court construes the pleading filed at DI 18 to constitute the amended complaint.

2. The constitutional claims asserted in Ms. McKnight's amended complaint are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the court's memorandum.

3. Ms. McKnight's state law claims are **DISMISSED WITHOUT PREJUDICE** but with no further leave to amend for the reasons set forth in the court's memorandum.

4. The Clerk of Court shall **CLOSE** this case.

_____
**MURPHY, J.**